| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 30 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANASTASIYA KISIL; LUCAS CRANOR; SARAH CHUNG; KRISTEN WEILAND; LORRAINE DENIZ; TARA CHAMBERS; JANENE VITRO,

    Plaintiffs - Appellants,

 v.

ILLUMINATE EDUCATION, INC., doing business as Pupil Path,

    Defendant - Appellee.

No. 23-4114

D.C. No. 8:22-cv-01164-JVS-ADS

Central District of California, Santa Ana

MANDATE

The judgment of this Court, entered September 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                  FOR THE COURT:

                  MOLLY C. DWYER
                  CLERK OF COURT